**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Oklahoma

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Teresa <br> First name <br> A <br> Middle name <br> Lanier <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) | James <br> First name <br> S <br> Middle name <br> Lanier <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | Teresa Ann Lanier <br> Teresa  Lanier | Steven  Lanier <br> James Steven Lanier <br> James  Lanier |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 4 0 5 <br> OR <br> 9 xx – xx – ____ ____ ____ | xxx – xx – 8 9 5 5 <br> OR <br> 9 xx – xx – ____ ____ ____ |

Debtor 1   Teresa A Lanier & James S Lanier
_____
First Name        Middle Name        Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN |

**5. Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| 2009 Powderhorn<br>_____<br>Number    Street<br><br>_____<br><br>Edmond                OK    73034<br>City                State   ZIP Code<br>Oklahoma County<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State   ZIP Code | _____<br>Number    Street<br><br>_____<br><br>_____<br>City                State   ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State   ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| | |
|---|---|
| *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

| Debtor 1 | Teresa A Lanier & James S Lanier | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  Teresa A Lanier & James S Lanier

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

| Debtor 1 | Teresa A Lanier & James S Lanier | | Case number (if known)_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Teresa A Lanier & James S Lanier | | Case number (if known)_____ |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Teresa A Lanier
Signature of Debtor 1

✗ /s/ James S Lanier
Signature of Debtor 2

Executed on  10/14/2022
                    MM / DD / YYYY

Executed on  10/14/2022
                    MM / DD / YYYY

Debtor 1    Teresa A Lanier & James S Lanier                         Case number (if known)_____
    First Name     Middle Name     Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

✖ /s/ Cecil W. Heaton                                  Date    10/14/2022
Signature of Attorney for Debtor                                MM  /  DD  / YYYY

Cecil W. Heaton
Printed name

Heaton Law Firm
Firm name

2 E. 11th St,
Number    Street

Suite 112

Edmond                                    OK              73034-3990
City                                      State           ZIP Code

Contact phone (405) 330-8184                    Email address  cecilheaton@SBCGlobal.net

20502                                     OK
Bar number                                State

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
            First Name            Middle Name            Last Name

Debtor 2    James S Lanier
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number _____
                (If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................... | $345,050.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................ | $429,029.82 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ......................... | $774,079.82 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $171,261.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $126,780.00 |
| **Your total liabilities** | $298,041.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................................................. | $5,333.28 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* .......................................................................................... | $3,185.00 |

Debtor 1 ___Teresa Lanier & James Lanier_____    Case number (*if known*)_____
            First Name    Middle Name    Last Name

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ ____11,368.11____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 16,401.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 16,401.00 |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Oklahoma

**In re** Teresa A Lanier & James S Lanier

Case No. _____

**Debtor**

Chapter <u>13</u> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>2,000.00</u>

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ <u>500.00</u>

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>1,500.00</u>

[ ] <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
    approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor            [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor            [✔] Other (specify)    Metlife Legal Paln

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in Adversary Proceedings.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/14/2022

*Date*

/s/ Cecil W. Heaton, 20502

*Signature of Attorney*

Heaton Law Firm

*Name of law firm*
2 E. 11th St,
Suite 112
Edmond, OK 73034-3990

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Teresa A Lanier |
| | First Name          Middle Name          Last Name |
| Debtor 2 | James S Lanier |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number _____
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  2009 Powderhorn
Street address, if available, or other description

Edmond OK     73034
City     State     ZIP Code

Oklahoma County
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 345,050.00

**Current value of the portion you own?**
$ 345,050.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenant

☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................➤  | $345,050.00 |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1  Teresa A Lanier & James S Lanier                                      Case number *(if known)* _____
          First Name   Middle Name   Last Name

---

3.1 Make: Mercedes

Model: SLK280

Year: 2008

Approximate mileage: 85000

Other information:

Condition: Good;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 7,500.00 | $ 7,500.00 |

---

3.2 Make: Mercedes

Model: ML350

Year: 2012

Approximate mileage: 130.000

Other information:

Condition: Fair;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 7,500.00 | $ 7,500.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................................➤  | $15,000.00 |

---

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe...

   tables, chairs, sofas, beds etc.

   Do not deduct secured claims or exemptions.

   $ 2,500.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe...

   Computers, cell phones, lap top etc.

   $ 500.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

Debtor 1 <u>Teresa A Lanier & James S Lanier</u>     Case number *(if known)* _____
          First Name    Middle Name    Last Name

---

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Wearing apparel | $ 1,500.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☐ No
☑ Yes. Describe...

| Wedding rings | $ 250.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.....................................................................................➤   | $4,750.00 |

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes..................................................................................................................  Cash ........................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes................        Institution name:

17.1. Checking account:     IBC Oklahoma          $ 150.00
17.2. Checking account:     IBC Oklahoma          $ 200.00
17.3. Checking account:     IBC Oklahoma          $ 5.00

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................
Institution or issuer name:

United Healthcare          $ 974.82
Fidelity                   $ 500.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them............

Debtor 1    Teresa A Lanier & James S Lanier                          Case number*(if known)* _____
              First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | | |
|---|---|---|---|
| 401(k) or similar plan: | Fidelity | $ | 13,950.00 |
| 401(k) or similar plan: | Fidelity 401K | $ | 393,500.00 |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | | |
|---|---|---|
| | Federal: | $ 0.00 |
| | State: | $ 0.00 |
| | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Debtor 1     <u>Teresa A Lanier & James S Lanier</u>
    First Name    Middle Name    Last Name
                                                      Case number*(if known)* _____

---

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☑ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................➤   $ 409,279.82

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.** List any real estate in Part 1. |
| --- | --- |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
| --- | --- |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................................➤   $ 0.00

Debtor 1    Teresa A Lanier & James S Lanier
First Name        Middle Name        Last Name

Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55. **Part 1: Total real estate, line 2**..................................................................................➤  $ 345,050.00

56. **Part 2: Total vehicles, line 5**                                  $ 15,000.00

57. **Part 3: Total personal and household items, line 15**          $ 4,750.00

58. **Part 4: Total financial assets, line 36**                       $ 409,279.82

59. **Part 5: Total business-related property, line 45**             $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**          +  $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 429,029.82    Copy personal property total➤    + $ 429,029.82

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                          $ 774,079.82

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Teresa A Lanier | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | James S Lanier | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2009 Powderhorn<br>Line from *Schedule A/B*: 1.1 | $ 345,050.00 | ☑ $ 173,789.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(1) ; § 1 (A)(2) ; § 2 |
| Brief description: 2008 Mercedes SLK280<br>Line from *Schedule A/B*: 3.1 | $ 7,500.00 | ☑ $ 7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(13) |
| Brief description: 2012 Mercedes ML350<br>Line from *Schedule A/B*: 3.2 | $ 7,500.00 | ☑ $ 7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(13) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

Debtor    **Teresa A Lanier & James S Lanier**

First Name    Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household Goods - tables, chairs, sofas, beds etc.<br>Line from *Schedule A/B*: 6 | $2,500.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(3) |
| Brief description: Electronics - Computers, cell phones, lap top etc.<br>Line from *Schedule A/B*: 7 | $500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(3) |
| Brief description: Clothing - Wearing apparel<br>Line from *Schedule A/B*: 11 | $1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(7) |
| Brief description: Jewelry - Wedding rings<br>Line from *Schedule A/B*: 12 | $250.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(8) |
| Brief description: IBC Oklahoma (Checking Account)<br>Line from *Schedule A/B*: 17.1 | $150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(18); 31 Okla. Stat. Ann. A§ 1.1, 12 Okla. Stat. Ann. 1171.1 |
| Brief description: IBC Oklahoma (Checking Account)<br>Line from *Schedule A/B*: 17.2 | $200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(18); 31 Okla. Stat. Ann. A§ 1.1, 12 Okla. Stat. Ann. 1171.1 |
| Brief description: IBC Oklahoma (Checking Account)<br>Line from *Schedule A/B*: 17.3 | $5.00 | ☑ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 31 Okla. Stat. Ann. § 1 (A)(18); 31 Okla. Stat. Ann. A§ 1.1, 12 Okla. Stat. Ann. 1171.1 |
| Brief description: Fidelity (Money Market)<br>Line from *Schedule A/B*: 18 | $500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 74 Okla. Stat. Ann. § 923 |
| Brief description: Fidelity<br>Line from *Schedule A/B*: 21 | $13,950.00 | ☑ $ 13,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 74 Okla. Stat. Ann. § 923 |
| Brief description: Fidelity 401K<br>Line from *Schedule A/B*: 21 | $393,500.00 | ☑ $ 393,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 74 Okla. Stat. Ann. § 923 |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
_____
First Name    Middle Name    Last Name

Debtor 2    James S Lanier
(Spouse, if filing)    _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number
(if know)    _____

☐ Check if this is
an amended
filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 171,261.00 | $ 345,050.00 | $ 0.00 |

Nstar/Cooper
_____
Creditor's Name

350 Highland
_____
Number    Street

Houston TX    77067
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**  2013

---

Describe the property that secures the claim: $ 171,261.00

2009 Powderhorn, Edmond, OK 73034 - $345,050.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 8620

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 171,261.00 |
|---|---|

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
First Name      Middle Name      Last Name

Debtor 2    James S Lanier
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ **No. Go to Part 2.**
   ☐ **Yes.**

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
   ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

| 4.1 | | |
|---|---|---|
| Amex | **Last 4 digits of account number**  4883 | $ 21,411.00 |
| Nonpriority Creditor's Name | **When was the debt incurred?**  2004 | |
| Po Box 297871 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| Fort Lauderdale FL     33329 | ☐ Contingent | |
| City      State    ZIP Code | ☐ Unliquidated | |
| **Who owes the debt?** Check one. | ☐ Disputed | |
| ☑ Debtor 1 only | | |
| ☐ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans | |
| ☐ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ **Check if this claim relates to a community debt** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| **Is the claim subject to offset?** | ☑ Other. Specify  Credit Card Debt | |
| ☑ No | | |
| ☐ Yes | | |

| 4.2 | **Amex** | | **Last 4 digits of account number** 4873 | $ 25,549.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 1998

Po Box 297871

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Fort Lauderdale FL        33329

City         State   ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 4.3 | **Amex** | | **Last 4 digits of account number** 4643 | $ 7,494.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 1998

Po Box 297871

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Fort Lauderdale FL        33329

City         State   ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 4.4 | **Amex** | | **Last 4 digits of account number** 6463 | $ 5,216.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 1996

Po Box 297871

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Fort Lauderdale FL        33329

City         State   ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 4.5 | Best Buy/Cbna | Last 4 digits of account number  0621 | $ 4.00 |

**Best Buy/Cbna**
Nonpriority Creditor's Name

**Last 4 digits of account number**  0621
**When was the debt incurred?**  2010

50 Northwest Point Road
Number     Street

Elk Grove Village IL      60007
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.6**

**Faircloud HOA**
Nonpriority Creditor's Name

**Last 4 digits of account number**  6986
**When was the debt incurred?**  06/2022

1326 Fretz Dr
Number     Street

Edmond OK      73003
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  HOA Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 210.00

---

**4.7**

**Jpmcb Card**
Nonpriority Creditor's Name

**Last 4 digits of account number**  ****
**When was the debt incurred?**  2006

Po Box 15369
Number     Street

Wilmington DE      19850
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 936.00

| 4.8 | **Lvnv Funding Llc** | **Last 4 digits of account number**  0893 | $ 5,676.00 |
|-----|------|------|------|

Nonpriority Creditor's Name
**When was the debt incurred?**  2020

Po Box 1269
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Greenville SC    29602
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify  Credit Card Debt

---

| 4.9 | **Lvnv Funding Llc** | **Last 4 digits of account number**  0073 | $ 5,612.00 |
|-----|------|------|------|

Nonpriority Creditor's Name
**When was the debt incurred?**  2020

Po Box 1269
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Greenville SC    29602
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify  Credit Card Debt

---

| 4.10 | **Macys/Cbna** | **Last 4 digits of account number**  **** | $ 21.00 |
|------|------|------|------|

Nonpriority Creditor's Name
**When was the debt incurred?**  2004

Po Box 8218
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Mason OH    45040
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify  Credit Card Debt

| 4.11 | Marriott | | Last 4 digits of account number | | | $ 50.00 |

**Marriott**
Nonpriority Creditor's Name

1200 Hwy 98 South, International
Number    Street

Lakeland FL    33801
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.12 | Marriott Ownership Res | | Last 4 digits of account number 7229 | | | $ 50.00 |

**Marriott Ownership Res**
Nonpriority Creditor's Name

1200 Bartow Rd Ste A
Number    Street

Lakeland FL    33801
City    State    ZIP Code

Last 4 digits of account number 7 2 2 9
When was the debt incurred?  2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.13 | Midland Credit Management | | Last 4 digits of account number 1463 | | | $ 1,400.00 |

**Midland Credit Management**
Nonpriority Creditor's Name

PO Box 301030
Number    Street

Los Angeles CA    90030
City    State    ZIP Code

Last 4 digits of account number 1 4 6 3
When was the debt incurred?  2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.14**

Navient
Nonpriority Creditor's Name

Po Box 9655
Number    Street

Wilkes Barre PA    18773
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8531    $ 8,524.00
**When was the debt incurred?** 2006

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.15**

Navient
Nonpriority Creditor's Name

Po Box 9655
Number    Street

Wilkes Barre PA    18773
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8549    $ 7,877.00
**When was the debt incurred?** 2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.16**

Nordstm/Td
Nonpriority Creditor's Name

13531 E Caley Av
Number    Street

Englewood CO    80111
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4189    $ 14,792.00
**When was the debt incurred?** 2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

**4.17**

Portfolio

Nonpriority Creditor's Name

120 Corporate Blvd, Ste 1

Number    Street

Norfolk VA    23502

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  3748

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 8,677.00

---

**4.18**

Portfolio Recov Assoc

Nonpriority Creditor's Name

150 Corporate Blvd

Number    Street

Norfolk VA    23502

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  3748

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 8,677.00

---

**4.19**

Wf/Dillard

Nonpriority Creditor's Name

Po Box 14517

Number    Street

Des Moines IA    50306

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  6937

**When was the debt incurred?**  2005

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 4,604.00

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

American Recovery Service Inc

Creditor's Name

555 St Charles Drive

Number    Street

Suite 100

Thousand Oaks CA    91360

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.2  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**  3008

---

American Recovery Service Inc
Creditor's Name

555 St Charles Drive
Number     Street

Suite 100

Thousand Oaks CA      91360
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.3_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 2003

---

Hood & Stacy PA
Creditor's Name

Po Box 271
Number     Street

Bentonville AR      72712
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.2_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 1029

---

Hood & Stacy, P.A.
Creditor's Name

PO Box 271
Number     Street

Bentonville AR      72712
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.4_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 5236

---

Jefferson Capital Systems, LLC
Creditor's Name

PO Box 11407
Number     Street

Birmingham AL      35246
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.16_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 4189

---

Love, Beal and Nixon
Creditor's Name

PO Box 32738
Number     Street

Oklahoma City OK      73123
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.9_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Love, Beal and Nixon
Creditor's Name

PO Box 32738
Number     Street

Oklahoma City OK      73123
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.8_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Radius Global Solutions LLC
Creditor's Name

PO Box 357
Number     Street

Ramsey NJ      07446
City          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.1_ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 1100

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  | Total claim |
|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** |
|  | 6b. **Taxes and certain other debts you owe the government** |
|  | 6c. **Claims for death or personal injury while you were intoxicated** |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. |
|  | 6e. **Total.** Add lines 6a through 6d. |

6a. $ 0.00

6b. $ 0.00

6c. $ 0.00

6d. $ 0.00

6e. $ 0.00

|  | Total claim |
|---|---|
| **Total claims from Part 2** | 6f. **Student loans** |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. |
|  | 6j. **Total.** Add lines 6f through 6i. |

6f. $ 16,401.00

6g. $ 0.00

6h. $ 0.00

6i. $ 110,379.00

6j. $ 126,780.00

**Fill in this information to identify your case:**

Debtor 1        Teresa A Lanier
                First Name        Middle Name        Last Name

Debtor 2        James S Lanier
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
_____
First Name    Middle Name    Last Name

Debtor 2    James S Lanier
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number
(if know)    _____

☐ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
First Name        Middle Name        Last Name

Debtor 2    James S Lanier
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    Western District of Oklahoma

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| | **Occupation** | | Sales |
| | **Employer's name** | | United Healthcare |
| | **Employer's address** | | 755 Research Parkway |
| | | Number  Street | Number    Street |
| | | | Ste 160 |
| | | | |
| | | | Oklahoma City, OK 73104 |
| | | City        State    ZIP Code | City            State    ZIP Code |
| | **How long employed there?** | | 11 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $ 0.00 | $ 11,368.11 |
| 3. **Estimate and list monthly overtime pay.** 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. 4. | $ 0.00 | $ 11,368.11 |

Debtor 1  **Teresa A Lanier & James S Lanier**

First Name  Middle Name  Last Name

Case number *(if known)*_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here..................................................➔ 4. | $ 0.00 | $ 11,368.11 |

5. List all payroll deductions:

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ | 2,511.17 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ | 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ | 1,753.30 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ | 1,129.03 |
| 5e. Insurance | 5e. | $ 0.00 | $ | 713.51 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ | 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ | 0.00 |
| 5h. Other deductions. Specify: HSA | 5h. +$ 0.00 | +$ | 249.99 |
| AD&D, Critical | | $ | $ | 52.81 |
| Stock | | $ | $ | 348.14 |
| See continuation page attached | | $ 0.00 | $ | 40.88 |

| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 6,798.83 |
|---|---|---|---|
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 4,569.28 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 764.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0.00 | +$ 0.00 |

| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 764.00 | $ 0.00 |
|---|---|---|---|

| 10. Calculate monthly income. Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 764.00 | + | $ 4,569.28 | = | $ 5,333.28 |
|---|---|---|---|---|---|---|

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ | 11. + $ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies | 12. | $ 5,333.28

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Teresa A Lanier & James S Lanier

Debtor 1 _____    Case number *(if known)*_____
        First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 106I

5h. Other Deductions:

Legal & Giving Pledge (Joint Debtor)    $40.88

Garnishment & Fee (Joint Debtor)    $0.00

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
_____
First Name          Middle Name          Last Name

Debtor 2    James S Lanier
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    Western District of Oklahoma
_____        (State)

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.                         each dependent.........................

   Do not state the dependents'
   names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | _____ | _____ | ☐ No / ☐ Yes |
   | | _____ | _____ | ☐ No / ☐ Yes |
   | | _____ | _____ | ☐ No / ☐ Yes |
   | | _____ | _____ | ☐ No / ☐ Yes |
   | | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 35.00 |

Debtor 1    Teresa A Lanier & James S Lanier
            First Name        Middle Name        Last Name                        Case number *(if known)*_____

| | | **Your expenses** |
|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____0.00

6.  **Utilities:**

   6a.    Electricity, heat, natural gas    6a.    $_____579.00

   6b.    Water, sewer, garbage collection    6b.    $_____0.00

   6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____345.00

   6d.    Other. Specify: _____    6d.    $_____0.00

7.  **Food and housekeeping supplies**    7.    $_____800.00

8.  **Childcare and children's education costs**    8.    $_____0.00

9.  **Clothing, laundry, and dry cleaning**    9.    $_____275.00

10.  **Personal care products and services**    10.    $_____120.00

11.  **Medical and dental expenses**    11.    $_____0.00

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____540.00

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____150.00

14.  **Charitable contributions and religious donations**    14.    $_____100.00

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.    Life insurance    15a.    $_____0.00

   15b.    Health insurance    15b.    $_____0.00

   15c.    Vehicle insurance    15c.    $_____141.00

   15d.    Other insurance. Specify:_____    15d.    $_____0.00

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $_____0.00

17.  **Installment or lease payments:**

   17a.    Car payments for Vehicle 1    17a.    $_____0.00

   17b.    Car payments for Vehicle 2    17b.    $_____0.00

   17c.    Other. Specify:_____    17c.    $_____0.00

   17d.    Other. Specify:_____    17d.    $_____0.00

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____0.00

19.  **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____0.00

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.    Mortgages on other property    20a.    $_____0.00

   20b.    Real estate taxes    20b.    $_____0.00

   20c.    Property, homeowner's, or renter's insurance    20c.    $_____0.00

   20d.    Maintenance, repair, and upkeep expenses    20d.    $_____0.00

   20e.    Homeowner's association or condominium dues    20e.    $_____0.00

Debtor 1    Teresa A Lanier

      First Name     Middle Name     Last Name

Case number (if known)_____

---

21. **Other**. Specify:_____    21. +$ _____ 0.00

_____    +$ _____

_____    +$ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a. $ _____ 3,185.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b. $ _____

and 22b. The result is your monthly expenses.    22c. $ _____ 3,185.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ _____ 5,333.28

23b. Copy your monthly expenses from line 22c above.    23b. − $ _____ 3,185.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c. $ _____ 2,148.28

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

---

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    Teresa A Lanier
             First Name                Middle Name              Last Name

Debtor 2    James S Lanier
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the  Western District of Oklahoma

Case number
(If known)    _____

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Teresa A Lanier                          ✖ /s/ James S Lanier
_____                    _____
Signature of Debtor 1                          Signature of Debtor 2

Date 10/14/2022                                Date 10/14/2022
     MM /  DD  / YYYY                                MM /  DD  / YYYY

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1 ___Teresa A Lanier___
First Name     Middle Name     Last Name

Debtor 2 ___James S Lanier___
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number _____
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ _____ | ☑ Wages, commissions, bonuses, tips | $ 71,375.14 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br><br>(January 1 to December 31, _2021_ ) | ☑ Wages, commissions, bonuses, tips | $ _____ | ☑ Wages, commissions, bonuses, tips | $ 119,475.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _2020_ ) | ☑ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ 110,950.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor    Teresa A Lanier & James S Lanier                                    Case number*(if known)* _____
          First Name    Middle Name    Last Name

---

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 6,112.00 | Employment | $ |
| **For last calendar year:** (January 1 to December 31, _2021_) | Social Security | $ 8,652.00 | Employment | $ |
| **For the calendar year before that:** (January 1 to December 31, _2020_) | Social Security | $ 8,544.00 | Employment | $ |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

---

Debtor  Teresa A Lanier & James S Lanier
First Name    Middle Name    Last Name

Case number *(if known)* _____

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Lvnv Funding Llc, Plaintiff v.<br>Teresa Lanier, Defendant.<br>Case number: CS-2022-442 | Indebtedness; Date filed:<br>01/20/2022 | District Court of Oklahoma County<br>Court Name<br>320 Robert S. Kerr Ave<br>Number    Street<br>Oklahoma City OK    73102<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>LVNV Funding LLC, Plaintiff, v.<br>Teresa A Lanier, Defendant.<br>Case number: CS-2022-441 | Indebtedness; Date filed:<br>01/20/2022 | District Court of Oklahoma County<br>Court Name<br>320 Robert S. Kerr Ave<br>Number    Street<br>Oklahoma City OK    73102<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>American Express National<br>Bank, Plaintiff, v. James Lanier,<br>Defendant.<br>Case number: CJ-2022-1029 | Indebtedness; Date filed:<br>03/07/2022 | District Court of Oklahoma County<br>Court Name<br>320 Robert S. Kerr Ave<br>Number    Street<br>Oklahoma City OK    73102<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>American Express National<br>Bank, Plaintiff, v. James Lanier,<br>Defendant.<br>Case number: CS-2022-1309 | Indebtedness; Date filed:<br>03/07/2022 | District Court of Oklahoma County<br>Court Name<br>320 Robert S. Kerr Ave<br>Number    Street<br>Oklahoma City OK    73102<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Cavalry SPV I, LLC, Plaintiff, v.<br>James S. Lanier, Defendant.<br>Case number: CS-2021-3965 | Indebtedness; Date filed:<br>06/17/2021 | District Court of Oklahoma County<br>Court Name<br>320 Robert S. Kerr Ave<br>Number    Street<br>Oklahoma City OK    73102<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Cavalry SPV I, LLC<br>Creditor's Name<br>PO Box 32738<br>Number    Street<br>Oklahoma City OK    73123<br>City    State    ZIP Code | Indebtedness<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | 06/2022 | $ 2,008.00 |

---

Debtor    Teresa A Lanier & James S Lanier    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cecil W. Heaton | | 08/04/2022 | $ 500.00 |
| Person Who Was Paid | | | $ _____ |
| Heaton Law Firm | | | |
| Number    Street | | | |
| 2 E. 11th St, Suite 112 | | | |
| Edmond OK    73034 | | | |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor    Teresa A Lanier & James S Lanier                                    Case number *(if known)*
_____                              _____
First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Access Credit Counseling<br>Person Who Was Paid<br>633 W. 5th St, Suite 26001<br>Number    Street<br>Los Angeles CA    90071<br>City    State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | Credit Counseling | 08/21/22 | $ 30.00<br>$ ____ |

---

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium,

Debtor    <u>Teresa A Lanier & James S Lanier</u>                                    Case number*(if known)* _____

First Name        Middle Name        Last Name

including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor   Teresa A Lanier & James S Lanier                          Case number *(if known)* _____
         First Name   Middle Name   Last Name

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Teresa A Lanier                              ✖ /s/ James S Lanier
Signature of Debtor 1                              Signature of Debtor 2

Date  10/14/2022                                   Date  10/14/2022

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    Teresa A Lanier
<br>First Name    Middle Name    Last Name

Debtor 2    James S Lanier
<br>(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Western District of Oklahoma

Case number
<br>(if known) _____

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 11,368.11 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 Copy here➔ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 Copy here➔ | $ 0.00 | $ 0.00 |

Debtor 1    Teresa A Lanier & James S Lanier

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:..........................↓

For you ....................................................... $_____ 0.00

For your spouse ...................................................... $_____ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.         $ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | + $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00  +  $ 11,368.11  =  $ 11,368.11

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. **Copy your total average monthly income from line 11.** .......................................................... $ 11,368.11

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |
| Total ................................................... | $ 0.00     Copy here ➡ | — _____ 0.00 |

14. **Your current monthly income.** Subtract the total in line 13 from line 12.         $ 11,368.11

---

Debtor 1    Teresa A Lanier & James S Lanier                     Case number (*if known*)_____
            First Name    Middle Name    Last Name

---

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➔ ............................................................................................................    $   11,368.11

Multiply line 15a by 12 (the number of months in a year).                                          **x   12**

15b. The result is your current monthly income for the year for this part of the form. ...........................    $ 136,417.32

---

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                                      OK

16b. Fill in the number of people in your household.                           2

16c. Fill in the median family income for your state and size of household. ...........................    $   66,786.00
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☑  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).**
On line 39 of that form, copy your current monthly income from line 14 above.

---

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

**18. Copy your total average monthly income from line 11.** ...........................................................    $   11,368.11

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that
calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy
the amount from line 13.
19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...........................................    — $      0.00

19b. **Subtract line 19a from line 18.**                                                            $   11,368.11

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b. ...............................................................................................................    $   11,368.11

Multiply by 12 (the number of months in a year).                                                  **x   12**

20b. The result is your current monthly income for the year for this part of the form.                  $ 136,417.32

20c. Copy the median family income for your state and size of household from line 16c .................    $   66,786.00

**21. How do the lines compare?**

☐  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3,
*The commitment period is 3 years.* Go to Part 4.

☑  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
check box 4, *The commitment period is 5 years.* Go to Part 4.

---

Debtor 1 <u>Teresa A Lanier & James S Lanier</u>
    First Name     Middle Name     Last Name

Case number (*if known*)_____

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✘ <u>/s/ Teresa A Lanier</u>

Signature of Debtor 1

✘ <u>/s/ James S Lanier</u>

Signature of Debtor 2

Date <u>10/14/2022</u>
    MM / DD / YYYY

Date <u>10/14/2022</u>
    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Teresa A Lanier |
| | First Name    Middle Name    Last Name |
| Debtor 2 | James S Lanier |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122C–2
# Chapter 13 Calculation of Your Disposable Income
4/22

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:**   Calculate Your Deductions from Your Income

---

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. You do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**
   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   [ 2 ]

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

   $1,410.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    Teresa A Lanier & James S Lanier    Case number *(if known)*_____
　　　　　First Name　　Middle Name　　Last Name

| People who are under 65 years of age | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | $ 75.00 | |
| 7b. Number of people who are under 65 | x 1 | |
| 7c. Subtotal. Multiply line 7a by line 7b. | $ 75.00 | Copy line 7c here ➡ $ 75.00 |

| People who are 65 years of age or older | | |
|---|---|---|
| 7d. Out-of-pocket health care allowance per person | $ 153.00 | |
| 7e. Number of people who are 65 or older | x 1 | |
| 7f. Subtotal. Multiply line 7d by line 7e. | $ 153.00 | Copy line 7f here ➡ + $ 153.00 |

7g. **Total**. Add lines 7c and 7f. ..................................................................... $ 228.00    Copy total here ➡ .........7g.    $ 228.00

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- ■ **Housing and utilities – Insurance and operating expenses**

- ■ **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ 649.00

9. **Housing and utilities – Mortgage or rent expenses:**

　　9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ 1,153.00

　　9b. Total average monthly payment for all mortgages and other debts secured by your home.

　　To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ Nstar/Cooper | $ 1,795.00 |
| _____ | $ _____ |
| _____ | + $ 0.00 |

　　9b. Total average monthly payment ........................ $ 1,795.00    Copy line 9b here ➡ – $ 1,795.00    Repeat this amount on line 33a.

　　9c. Net mortgage or rent expense.

　　Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $ 0.00    Copy 9c here ➡ $ 0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $ 0.00

　　Explain why: _____
　　_____

| Debtor 1 | Teresa A Lanier & James S Lanier | Case number (if known)_____ |
|---|---|---|
| | First Name    Middle Name    Last Name | |

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

- ☐ 0. Go to line 14.
- ☐ 1. Go to line 12.
- ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.

$ 534.00

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | _____ |
|---|---|---|
| | | _____ |

13a. Ownership or leasing costs using IRS Local Standard          13a.  $ 588.00

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $ 0.00 |
| _____ | + $ 0.00 |
| Total average monthly payment | $ 0.00 |

Copy here ➡    − $ 0.00     Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. ............     $ 0.00     **Copy net Vehicle 1 expense here ➡**     $ 0.00

| Vehicle 2 | Describe Vehicle 2: | _____ |
|---|---|---|
| | | _____ |

13d. Ownership or leasing costs using IRS Local Standard.................................     $ 588.00

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $ 0.00 |
| _____ | + $ 0.00 |
| Total average monthly payment | $ 0.00 |

Copy here ➡    − $ 0.00     Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0. .................     $ 0.00     **Copy net Vehicle 2 expense here ➡**     $ 0.00

14. **Public transportation expense**: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.

$0.00

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.

$0.00

| Debtor 1 | Teresa A Lanier & James S Lanier | Case number (if known) _____ |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.    $ 2,511.17

Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.    $ 0.00

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.    $ 294.29

Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.    $ 0.00

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
■ as a condition for your job, or    $ 0.00
■ for your physically or mentally challenged dependent child if no public education is available for similar services.

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.    $ 0.00
Do not include payments for any elementary or secondary school education.

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.    $ 0.00

Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.    + $ 0.00

Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 22C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**    $5,626.46
Add lines 6 through 23.

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
*Note:* Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ 419.22 | |
| Disability insurance | $ 62.43 | |
| Health savings account | + $ 249.99 | |
| Total | $ 731.64 | Copy total here ➤ ............................................................... $ 731.64 |

Do you actually spend this total amount?
☐ No. How much do you actually spend?    $ _____
☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $ 0.00

By law, the court must keep the nature of these expenses confidential.

Debtor 1    Teresa A Lanier & James S Lanier

      First Name      Middle Name      Last Name            Case number *(if known)*_____

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.     $0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.     $0.00

    * Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.     $0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).

    Do not include any amount more than 15% of your gross monthly income.     + 100.00

32. **Add all of the additional expense deductions.**

    Add lines 25 through 31.     $831.64

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    | | Average monthly payment |
    |---|---|

    **Mortgages on your home**

    33a. Copy line 9b here............................................................➔   $ 1,795.00

    **Loans on your first two vehicles**

    33b. Copy line 13b here. ......................................................➔   $ 0.00

    33c. Copy line 13e here. ......................................................➔   $ 0.00

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | _____ | _____ | ☐ No  ☐ Yes | $ 0.00 |
    | _____ | _____ | ☐ No  ☐ Yes | $ 0.00 |
    | _____ | _____ | ☐ No  ☐ Yes | + $ 0.00 |

    33e. Total average monthly payment. Add lines 33a through 33d. .................   $1,795.00   **Copy total here**➔   $1,795.00

| Debtor 1 | Teresa A Lanier & James S Lanier | Case number *(if known)* _____ |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No.  Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| _____ | _____ | $_____ ÷ 60 = | $_____ |
| _____ | _____ | $_____ ÷ 60 = | $_____ |
| _____ | _____ | $_____ ÷ 60 = + | $_____ |

Total $0.00     **Copy total here** ➤ $0.00

**35. Do you owe any priority claims—such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☑ No.  Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ......................................   $0.00   ÷ 60   $0.00

**36. Projected monthly  Chapter 13 plan payment**   $2,172.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

x  5.5%

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense   $119.46   **Copy total here** ➤ $119.46

**37. Add all of the deductions for debt payment.** Add lines 33g through 36.   $1,914.46

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*........................   $5,626.46

Copy line 32, *All of the additional expense deductions*.............................................   $831.64

Copy line 37, *All of the deductions for debt payment*..............................................   + $1,914.46

Total deductions   $8,372.56   **Copy total here** ➤ $8,372.56

Debtor 1    Teresa A Lanier & James S Lanier            Case number *(if known)*_____

       First Name      Middle Name      Last Name

---

**Part 2:**   **Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)**

39. **Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*** ................................ $ 11,368.1

40. **Fill in any reasonably necessary income you receive for support for dependent children.**
The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.      $ 0.00

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).      $ 2,882.33

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here   ➡   $ 8,372.56

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |
| **Total** | $ 0.00 |

Copy here ➡ + $ 0.00

44. **Total adjustments.** Add lines 40 through 43. ............................ ➡ $ 11,254.89   Copy total here ➡ − $ 11,254.89

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.      $ 113.22

---

**Part 3:**   **Change in Income or Expenses**

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the change.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C–1 ☐ 22C–2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 22C–1 ☐ 22C–2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 22C–1 ☐ 22C–2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 22C–1 ☐ 22C–2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |

Debtor 1    Teresa A Lanier & James S Lanier

First Name        Middle Name        Last Name

Case number *(if known)*_____

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✖ /s/ Teresa A Lanier

Signature of Debtor 1

Date 10/14/2022

MM / DD / YYYY

✖ /s/ James S Lanier

Signature of Debtor 2

Date 10/14/2022

MM / DD / YYYY

**AMERICAN EXPRESS NATIONAL BANK**
**PO BOX 271**
**BENTONVILLE AR 72712**


**AMERICAN RECOVERY SERVICE INC**
**555 ST CHARLES DRIVE**
**SUITE 100**
**THOUSAND OAKS CA 91360**


**AMEX**
**PO BOX 297871**
**FORT LAUDERDALE FL 33329**


**BEST BUYCBNA**
**50 NORTHWEST POINT ROAD**
**ELK GROVE VILLAGE IL 60007**


**CAVALRY SPV I LLC**
**PO BOX 32738**
**OKLAHOMA CITY OK 73123**


**FAIRCLOUD HOA**
**1326 FRETZ DR**
**EDMOND OK 73003**


**HOOD   STACY PA**
**PO BOX 271**
**BENTONVILLE AR 72712**


**HOOD   STACY PA**
**PO BOX 271**
**BENTONVILLE AR 72712**


**JEFFERSON CAPITAL SYSTEMS LLC**
**PO BOX 11407**
**BIRMINGHAM AL 35246**


**JPMCB CARD**
**PO BOX 15369**
**WILMINGTON DE 19850**


**LOVE BEAL AND NIXON**
**PO BOX 32738**
**OKLAHOMA CITY OK 73123**


**LVNV FUNDING LLC**
**PO BOX 1269**
**GREENVILLE SC 29602**


**LVNV FUNDING LLC**
**PO BOX 32738**
**OKLAHOMA CITY OK 73123**

**MACYSCBNA**
**PO BOX 8218**
**MASON OH 45040**


**MARRIOTT**
**1200 HWY 98 SOUTH INTERNATIONAL**
**LAKELAND FL 33801**


**MARRIOTT OWNERSHIP RES**
**1200 BARTOW RD STE A**
**LAKELAND FL 33801**


**MIDLAND CREDIT MANAGEMENT**
**PO BOX 301030**
**LOS ANGELES CA 90030**


**NAVIENT**
**PO BOX 9655**
**WILKES BARRE PA 18773**


**NORDSTMTD**
**13531 E CALEY AV**
**ENGLEWOOD CO 80111**


**NSTARCOOPER**
**350 HIGHLAND**
**HOUSTON TX 77067**


**PORTFOLIO**
**120 CORPORATE BLVD STE 1**
**NORFOLK VA 23502**


**PORTFOLIO RECOV ASSOC**
**150 CORPORATE BLVD**
**NORFOLK VA 23502**


**RADIUS GLOBAL SOLUTIONS LLC**
**PO BOX 357**
**RAMSEY NJ 07446**


**WFDILLARD**
**PO BOX 14517**
**DES MOINES IA 50306**

United States Bankruptcy Court

Western District of Oklahoma

In re: Teresa A Lanier & James S Lanier

Case No.

Chapter    13

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____10/14/2022_____

/s/ Teresa A Lanier
_____
Signature of Debtor

/s/ James S Lanier
_____
Signature of Joint Debtor

Certificate Number: 15317-OKW-CC-036773579



15317-OKW-CC-036773579

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 21, 2022</u>, at <u>2:07</u> o'clock <u>PM PDT</u>, <u>Teresa A Lanier</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Oklahoma</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 21, 2022</u>          By:    <u>/s/Lea Sorino</u>

Name: <u>Lea Sorino</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15317-OKW-CC-036773581



15317-OKW-CC-036773581

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 21, 2022</u>, at <u>2:07</u> o'clock <u>PM PDT</u>, <u>James S Lanier</u> received from <u>Access Counseling, Inc.,</u> an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Oklahoma</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>August 21, 2022</u>  By:  <u>/s/Lea Sorino</u>

Name:  <u>Lea Sorino</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    )
                                          )     Case No. __22__ - _____ - _____
Teresa A. Lanier                          )
                                          )
                                          )     Chapter __13__
                      Debtor.             )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☐      Pay advices are attached as follows:

Employer                          Beginning Date              Ending Date

_____     _____     _____

_____     _____     _____

_____     _____     _____

☑      The debtor certifies by his/her signature below that he/she has no pay records because:

_____
Unemployed
_____

_____

Dated on the __14th__ day of __October__, 20__22__.

                    s/Teresa A. Lanier
                    _____
                    (Debtor Signature)
                    ☐     Pro se Debtor
                    ☑     Represented by Counsel
                 s/ Cecil W. Heaton
                    _____

                    Cecil W. Heaton                          20502

                    2 East 11th, Suite #112 Edmond, OK 73034

                    Telephone Number   (405) 330-8184

                    Fax Number         (405) 330-8183

                    cecilheaton@SBCGlobal.net

                    Counsel for          Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
James Steven Lanier )
)  Case No. _22_ - _____ - _JDL_
)
)  Chapter _13_
Debtor. )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☑    Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| United Healthcase | 04/01/2022 | 09/30/2022 |
| | | |
| | | |

☐    The debtor certifies by his/her signature below that he/she has no pay records because:

_____

_____

_____

Dated on the _14th_ day of _October_, 20_22_.

s/James Steven Lanier
_____
(Debtor Signature)
☐    Pro se Debtor
☑    Represented by Counsel
s/ Cecil W. Heaton
_____

Cecil W. Heaton                                    20502

2 East 11th, Suite #112 Edmond, OK 73034

Telephone Number    (405) 330-8184

Fax Number                (405) 330-8183

cecilheaton@SBCGlobal.net

Counsel for            Debtor

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 03/13/2022 | | | Advice #: | 000000048690197 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 03/26/2022 | | | Advice Date: | 04/01/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | | Employer ID: | 411289245 | | |
| | | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | | Addl. | | | |
| | FLSA Status: | Exempt | | | | Amount: | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | | 2,785.15 | 456.00 | | 15,645.98 | Fed Withholdng | 130.34 | 1,811.21 |
| Regular | 34.814423 | -40.00 | -1,392.58 | | | 0.00 | Fed MED/EE | 37.78 | 336.35 |
| Planned PTO/Exempt | 34.814423 | 40.00 | 1,392.58 | 104.00 | | 3,577.02 | Fed OASDI/EE | 161.55 | 1,438.18 |
| Sales Incentive | | | 0.00 | | | 5,265.00 | OK Withholdng | 57.00 | 586.00 |
| Non-Taxable Expense Reimbur | | | 0.00 | | | 108.82 | | | |
| **TOTAL:** | | **0.00** | **2,785.15** | **560.00** | | **24,596.82** | **TOTAL:** | **386.67** | **4,171.74** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 734.65 | 401K Loan #1 | 451.61 | 3,161.27 | 401(K) Savings Plan | 83.55 | 734.65 |
| 401(K) Savings Plan | 473.48 | 4,162.96 | Accident Insurance | 7.45 | 52.15 | 401(K) Savings Plan | 41.78 | 367.33 |
| Dental Pre-Tax | 23.17 | 162.19 | Supplemental Spouse/DP AD&D | 0.23 | 1.61 | Employer Contribution HSA | 38.46 | 269.22 |
| Health Savings Account | 115.38 | 807.66 | SP/DP Supplemental Life | 28.73 | 201.11 | GTL Imputed Income* | 85.90 | 601.30 |
| Medical Pre-Tax | 134.31 | 940.17 | Critical Illness-Employee | 11.54 | 80.78 | | | |
| Premium Discount Reward | -17.71 | -88.55 | Critical Illness-Spouse | 8.05 | 56.35 | | | |
| Vision Pre-Tax | 10.19 | 71.33 | Mand DeducWrit (Amount) | 589.62 | 2,025.09 | | | |
| | | | Mand DeducWrit (Co. Fee) | 10.00 | 20.00 | | | |
| | | | Legal | 6.23 | 43.61 | | | |
| | | | Supplemental EE AD&D | 1.53 | 10.71 | | | |
| | | | Supp Life After-Tax | 59.45 | 416.15 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 961.17 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 70.00 | | | |
| **TOTAL:** | **822.37** | **6,790.41** | **TOTAL:** | **1,323.70** | **7,100.00** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.67 | 2,146.07 | 252.41 |
| YTD | 24,596.82 | 18,298.89 | 4,171.74 | 13,890.41 | 6,534.67 |

| **LEAVE PLAN** | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 60.31 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000048690197 | Checking | ******8874 | 252.41 |
| Dis Reserve: | 0.00 | | | | |
| | | **TOTAL:** | | | **252.41** |

| United HealthCare Services Inc | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | Pay Begin Date: | 03/27/2022 | | Advice #: | 000000048884621 | | |
| ATTN--OPERATIONS, MN008-B213 | Pay End Date: | 04/09/2022 | | Advice Date: | 04/15/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | |
| MINNETONKA, MN 55343 | (800)561-0861 | | | Employer ID: | 411289245 | | |

| | | | | TAX DATA: | Federal | OK State | OK State |
|---|---|---|---|---|---|---|---|
| JAMES STEVEN LANIER | Employee ID: | 000755669 | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | Addl. | | | |
| | FLSA Status: | Exempt | | Amount: | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | | Earnings | Description | Current | YTD |
| Regular | | | 2,785.15 | 536.00 | | 18,431.13 | Fed Withholdng | 148.68 | 1,959.89 |
| Sales Incentive | | | 108.00 | | | 5,373.00 | Fed MED/EE | 39.35 | 375.70 |
| Non-Taxable Expense Reimbur | | | 12.87 | | | 121.69 | Fed OASDI/EE | 168.25 | 1,606.43 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | OK Withholdng | 61.00 | 647.00 |
| TOTAL: | | 0.00 | 2,906.02 | 640.00 | | 27,502.84 | TOTAL: | 417.28 | 4,589.02 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401(K) Savings Plan | 86.79 | 821.44 | 401K Loan #1 | 451.61 | 3,612.88 | 401(K) Savings Plan | 86.79 | 821.44 |
| 401(K) Savings Plan | 491.84 | 4,654.80 | Accident Insurance | 7.45 | 59.60 | 401(K) Savings Plan | 43.40 | 410.73 |
| Dental Pre-Tax | 23.17 | 185.36 | Supplemental Spouse/DP AD&D | 0.23 | 1.84 | Employer Contribution HSA | 38.46 | 307.68 |
| Health Savings Account | 115.38 | 923.04 | SP/DP Supplemental Life | 28.73 | 229.84 | GTL Imputed Income* | 85.90 | 687.20 |
| Medical Pre-Tax | 134.31 | 1,074.48 | Critical Illness-Employee | 11.54 | 92.32 | | | |
| Premium Discount Reward | -17.71 | -106.26 | Critical Illness-Spouse | 8.05 | 64.40 | | | |
| Vision Pre-Tax | 10.19 | 81.52 | Mand DeducWrit (Amount) | 158.19 | 2,183.28 | | | |
| | | | Mand DeducWrit (Co. Fee) | 10.00 | 30.00 | | | |
| | | | Legal | 6.23 | 49.84 | | | |
| | | | Supplemental EE AD&D | 1.53 | 12.24 | | | |
| | | | Supp Life After-Tax | 59.45 | 475.60 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 1,100.43 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 80.00 | | | |
| TOTAL: | 843.97 | 7,634.38 | TOTAL: | 892.27 | 7,992.27 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,906.02 | 2,135.08 | 417.28 | 1,736.24 | 752.50 |
| YTD | 27,502.84 | 20,433.97 | 4,589.02 | 15,626.65 | 7,287.17 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 68.92 | Payment Type | Account Type | Account Number | Amount |
| Purchased PTO: | 0.00 | Advice #000000048884621 | Checking | ******8874 | 752.50 |
| Dis Reserve: | 0.00 | | | | |
| | | TOTAL: | | | 752.50 |

| United HealthCare Services Inc<br>OPERATING AS: UNITEDHEALTHCARE<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | U10-Bi-Weekly Payroll<br>04/10/2022<br>04/23/2022 | | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>00000049081343<br>04/29/2022<br>411289245 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| **JAMES STEVEN LANIER**<br>2009 POWDERHORN<br>EDMOND, OK 73034 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000755669<br>77525-E&I Texas<br>OKLAHOMA CITY-755 RESEARCH PKW<br>KA Acct Exec Opt-Out Mkt<br>$72,414.00 Annual<br>Exempt | | | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>2 | Resident<br>Married<br>2 | Work<br>Married<br>2 |

## HOURS AND EARNINGS

| | | Current | | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular | | | 2,785.15 | 616.00 | | 21,216.28 | Fed Withholdng | | 130.34 | 2,090.23 |
| Sales Incentive | | | 0.00 | | | 5,373.00 | Fed MED/EE | | 37.78 | 413.48 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | Fed OASDI/EE | | 161.56 | 1,767.99 |
| Non-Taxable Expense Reimbur | | | 0.00 | | | 121.69 | OK Withholdng | | 57.00 | 704.00 |
| **TOTAL:** | | **0.00** | **2,785.15** | **720.00** | | **30,287.99** | **TOTAL:** | | **386.68** | **4,975.70** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 904.99 | 401K Loan #1 | 451.61 | 4,064.49 | 401(K) Savings Plan | 83.55 | 904.99 |
| 401(K) Savings Plan | 473.48 | 5,128.28 | Accident Insurance | 7.45 | 67.05 | 401(K) Savings Plan | 41.78 | 452.51 |
| Dental Pre-Tax | 23.17 | 208.53 | Supplemental Spouse/DP AD&D | 0.23 | 2.07 | Employer Contribution HSA | 38.46 | 346.14 |
| Health Savings Account | 115.38 | 1,038.42 | SP/DP Supplemental Life | 28.73 | 258.57 | GTL Imputed Income* | 85.90 | 773.10 |
| Medical Pre-Tax | 134.31 | 1,208.79 | Critical Illness-Employee | 11.54 | 103.86 | | | |
| Premium Discount Reward | -17.71 | -123.97 | Critical Illness-Spouse | 8.05 | 72.45 | | | |
| Vision Pre-Tax | 10.19 | 91.71 | Mand DeducWrit (Amount) | 163.08 | 163.08 | | | |
| | | | Mand DeducWrit (Co. Fee) | 10.00 | 10.00 | | | |
| | | | Legal | 6.23 | 56.07 | | | |
| | | | Supplemental EE AD&D | 1.53 | 13.77 | | | |
| | | | Supp Life After-Tax | 59.45 | 535.05 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 1,239.69 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 90.00 | | | |
| **TOTAL:** | **822.37** | **8,456.75** | **CONTINUED NEXT PAGE** | | | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.68 | 1,719.53 | 678.94 |
| YTD | 30,287.99 | 22,482.65 | 4,975.70 | 17,346.18 | 7,966.11 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 77.54 | **Account Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #00000049081343 | Checking | ******8874 | 678.94 |
| Dis Reserve: | 0.00 | | | | |
| | | **TOTAL:** | | | **678.94** |

| United HealthCare Services Inc OPERATING AS: UNITEDHEALTHCARE ATTN--OPERATIONS, MN008-B213 9900 BREN ROAD EAST MINNETONKA, MN 55343 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | U10-Bi-Weekly Payroll<br>04/24/2022<br>05/07/2022 | | | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000049279422<br>05/13/2022<br>411289245 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| **JAMES STEVEN LANIER**<br>2009 POWDERHORN<br>EDMOND, OK 73034 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000755669<br>77525-E&I Texas<br>OKLAHOMA CITY-755 RESEARCH PKW<br>KA Acct Exec Opt-Out Mkt<br>$72,414.00 Annual<br>Exempt | | | | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>2 | Resident<br>Married<br>2 | Work<br>Married<br>2 |

| HOURS AND EARNINGS | | | | | | | TAXES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Current | | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular | | | 2,785.15 | 696.00 | | 24,001.43 | Fed Withholdng | | 130.34 | 2,220.57 |
| Non-Taxable Expense Reimbur | | | 223.43 | | | 345.12 | Fed MED/EE | | 37.78 | 451.26 |
| Sales Incentive | | | 0.00 | | | 5,373.00 | Fed OASDI/EE | | 161.55 | 1,929.54 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | OK Withholdng | | 57.00 | 761.00 |
| **TOTAL:** | | **0.00** | **3,008.58** | **800.00** | | **33,296.57** | **TOTAL:** | | **386.67** | **5,362.37** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 988.54 | 401K Loan #1 | 451.61 | 4,516.10 | 401(K) Savings Plan | 83.55 | 988.54 |
| 401(K) Savings Plan | 473.48 | 5,601.76 | Accident Insurance | 7.45 | 74.50 | 401(K) Savings Plan | 41.78 | 494.29 |
| Dental Pre-Tax | 23.17 | 231.70 | Supplemental Spouse/DP AD&D | 0.23 | 2.30 | Employer Contribution HSA | 38.46 | 384.60 |
| Health Savings Account | 115.38 | 1,153.80 | SP/DP Supplemental Life | 28.73 | 287.30 | GTL Imputed Income* | 85.90 | 859.00 |
| Medical Pre-Tax | 134.31 | 1,343.10 | Critical Illness-Employee | 11.54 | 115.40 | | | |
| Premium Discount Reward | -17.71 | -141.68 | Critical Illness-Spouse | 8.05 | 80.50 | | | |
| Vision Pre-Tax | 10.19 | 101.90 | Legal | 6.23 | 62.30 | | | |
| | | | Supplemental EE AD&D | 1.53 | 15.30 | | | |
| | | | Supp Life After-Tax | 59.45 | 594.50 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 1,378.95 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 100.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **822.37** | **9,279.12** | **TOTAL:** | **724.08** | **9,613.51** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,008.58 | 2,048.68 | 386.67 | 1,546.45 | 1,075.46 |
| YTD | 33,296.57 | 24,531.33 | 5,362.37 | 18,892.63 | 9,041.57 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 86.15 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000049279422 | Checking | ******8874 | 1,075.46 |
| Dis Reserve: | 0.00 | | | | |
| | | **TOTAL:** | | | **1,075.46** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 05/08/2022 | | Advice #: | 000000049477333 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 05/21/2022 | | Advice Date: | 05/27/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | Employer ID: | 411289245 | | |
| | | | | | TAX DATA: | Federal | OK State | OK State |
| JAMES STEVEN LANIER | Employee ID: | 000755669 | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | Addl. | | | |
| | FLSA Status: | Exempt | | | Amount: | | | |

| | HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | ----------------- | ---------- YTD | ----------- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | | | 2,785.15 | 776.00 | 26,786.58 | Fed Withholdng | | 589.04 | 2,809.61 |
| Sales Incentive | | | 2,656.00 | | 8,029.00 | Fed MED/EE | | 76.30 | 527.56 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 | Fed OASDI/EE | | 326.23 | 2,255.77 |
| Non-Taxable Expense Reimbur | | | 0.00 | | 345.12 | OK Withholdng | | 158.00 | 919.00 |
| | | | | | | | | | |
| TOTAL: | | 0.00 | 5,441.15 | 880.00 | 38,737.72 | TOTAL: | | 1,149.57 | 6,511.94 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(K) Savings Plan | 163.23 | 1,151.77 | 401K Loan #1 | 451.61 | 4,967.71 | 401(K) Savings Plan | 163.23 | 1,151.77 |
| 401(K) Savings Plan | 925.00 | 6,526.76 | Accident Insurance | 7.45 | 81.95 | 401(K) Savings Plan | 81.62 | 575.91 |
| Dental Pre-Tax | 23.17 | 254.87 | Supplemental Spouse/DP AD&D | 0.23 | 2.53 | Employer Contribution HSA | 38.46 | 423.06 |
| Health Savings Account | 115.38 | 1,269.18 | SP/DP Supplemental Life | 28.73 | 316.03 | GTL Imputed Income* | 85.90 | 944.90 |
| Medical Pre-Tax | 134.31 | 1,477.41 | Critical Illness-Employee | 11.54 | 126.94 | | | |
| Premium Discount Reward | -17.71 | -159.39 | Critical Illness-Spouse | 8.05 | 88.55 | | | |
| Vision Pre-Tax | 10.19 | 112.09 | Legal | 6.23 | 68.53 | | | |
| | | | Supplemental EE AD&D | 1.53 | 16.83 | | | |
| | | | Supp Life After-Tax | 59.45 | 653.95 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 1,518.21 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 110.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| TOTAL: | 1,353.57 | 10,632.69 | TOTAL: | 724.08 | 10,337.59 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,441.15 | 4,173.48 | 1,149.57 | 2,077.65 | 2,213.93 |
| YTD | 38,737.72 | 28,704.81 | 6,511.94 | 20,970.28 | 11,255.50 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 94.77 | Payment Type | Account Type | Account Number | Amount |
| Purchased PTO: | 0.00 | Advice #000000049477333 | Checking | ******8874 | 2,213.93 |
| Dis Reserve: | 0.00 | | | | |
| | | TOTAL: | | | 2,213.93 |

| United HealthCare Services Inc<br>OPERATING AS: UNITEDHEALTHCARE<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br><br>(800)561-0861 | U10-Bi-Weekly Payroll<br>05/22/2022<br>06/04/2022 | | | Business Unit:<br>Advice #:<br>Advice Date:<br><br>Employer ID: | UHGID<br>000000049675537<br>06/10/2022<br><br>411289245 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| **JAMES STEVEN LANIER**<br>2009 POWDERHORN<br>EDMOND, OK 73034 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000755669<br>77525-E&I Texas<br>OKLAHOMA CITY-755 RESEARCH PKW<br>KA Acct Exec Opt-Out Mkt<br>$72,414.00 Annual<br>Exempt | | | | | | Resident | Work |
| | | | | | | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>2 | Married<br>2 | Married<br>2 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,785.15 | 856.00 | 29,571.73 |
| Sales Incentive | | | 0.00 | | 8,029.00 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 |
| Non-Taxable Expense Reimbur | | | 0.00 | | 345.12 |
| | | | | | |
| **TOTAL:** | | **0.00** | **2,785.15** | **960.00** | **41,522.87** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 130.34 | 2,939.95 |
| Fed MED/EE | 37.78 | 565.34 |
| Fed OASDI/EE | 161.55 | 2,417.32 |
| OK Withholdng | 57.00 | 976.00 |
| | | |
| **TOTAL:** | **386.67** | **6,898.61** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 83.55 | 1,235.32 |
| 401(K) Savings Plan | 473.48 | 7,000.24 |
| Dental Pre-Tax | 23.17 | 278.04 |
| Health Savings Account | 115.38 | 1,384.56 |
| Medical Pre-Tax | 134.31 | 1,611.72 |
| Premium Discount Reward | -17.71 | -177.10 |
| Vision Pre-Tax | 10.19 | 122.28 |
| | | |
| **TOTAL:** | **822.37** | **11,455.06** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan #1 | 451.61 | 5,419.32 |
| Accident Insurance | 7.45 | 89.40 |
| Supplemental Spouse/DP AD&D | 0.23 | 2.76 |
| SP/DP Supplemental Life | 28.73 | 344.76 |
| Critical Illness-Employee | 11.54 | 138.48 |
| Critical Illness-Spouse | 8.05 | 96.60 |
| Legal | 6.23 | 74.76 |
| Supplemental EE AD&D | 1.53 | 18.36 |
| Supp Life After-Tax | 59.45 | 713.40 |
| Stock Purchase Period 1 | 139.26 | 1,657.47 |
| Recurring Empl Giving Pldg | 10.00 | 120.00 |
| Mand Deduc-Writ (Total) | 0.00 | 2,213.28 |
| Mand Deduc-Writ (Total) | 0.00 | 173.08 |
| **TOTAL:** | **724.08** | **11,061.67** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 83.55 | 1,235.32 |
| 401(K) Savings Plan | 41.78 | 617.69 |
| Employer Contribution HSA | 38.46 | 461.52 |
| GTL Imputed Income* | 85.90 | 1,030.80 |
| | | |
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.67 | 1,546.45 | 852.03 |
| YTD | 41,522.87 | 30,753.49 | 6,898.61 | 22,516.73 | 12,107.53 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 103.38 |
| Purchased PTO: | 0.00 |
| Dis Reserve: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000049675537 | Checking | ******8874 | 852.03 |
| | | | |
| **TOTAL:** | | | **852.03** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 06/05/2022 | | | Advice #: | 000000049875965 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 06/18/2022 | | | Advice Date: | 06/24/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | | Employer ID: | 411289245 | | |
| | | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exee Opt-Out Mkt | | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | | Addl. | | | |
| | FLSA Status: | Exempt | | | | Amount: | | | |

## HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | | 2,785.15 | 936.00 | | 32,356.88 | Fed Withholdng | 286.09 | 3,226.04 |
| Sales Incentive | | | 910.00 | | | 8,939.00 | Fed MED/EE | 50.98 | 616.32 |
| Non-Taxable Expense Reimbur | | | 91.33 | | | 436.45 | Fed OASDI/EE | 217.98 | 2,635.30 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | OK Withholdng | 91.00 | 1,067.00 |
| **TOTAL:** | | **0.00** | **3,786.48** | **1,040.00** | | **45,309.35** | **TOTAL:** | **646.05** | **7,544.66** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 110.85 | 1,346.17 | 401K Loan #1 | 451.61 | 5,870.93 | 401(K) Savings Plan | 110.85 | 1,346.17 |
| 401(K) Savings Plan | 628.18 | 7,628.42 | Accident Insurance | 7.45 | 96.85 | 401(K) Savings Plan | 55.43 | 673.12 |
| Dental Pre-Tax | 23.17 | 301.21 | Supplemental Spouse/DP AD&D | 0.23 | 2.99 | Employer Contribution HSA | 38.46 | 499.98 |
| Health Savings Account | 115.38 | 1,499.94 | SP/DP Supplemental Life | 28.73 | 373.49 | GTL Imputed Income* | 85.90 | 1,116.70 |
| Medical Pre-Tax | 134.31 | 1,746.03 | Critical Illness-Employee | 11.54 | 150.02 | | | |
| Premium Discount Reward | -17.71 | -194.81 | Critical Illness-Spouse | 8.05 | 104.65 | | | |
| Vision Pre-Tax | 10.19 | 132.47 | Legal | 6.23 | 80.99 | | | |
| | | | Supplemental EE AD&D | 1.53 | 19.89 | | | |
| | | | Supp Life After-Tax | 59.45 | 772.85 | | | |
| | | | Stock Purchase Period 1 | 139.26 | 1,796.73 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 130.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **1,004.37** | **12,459.43** | **TOTAL:** | **724.08** | **11,785.75** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,786.48 | 2,776.68 | 646.05 | 1,728.45 | 1,411.98 |
| YTD | 45,309.35 | 33,530.17 | 7,544.66 | 24,245.18 | 13,519.51 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 112.00 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000049875965 | Checking | ******8874 | 1,411.98 |
| Dis Reserve: | 0.00 | | | | |
| | | **TOTAL:** | | | **1,411.98** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 06/19/2022 | | | Advice #: | 000000050076759 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 07/02/2022 | | | Advice Date: | 07/08/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | | Employer ID: | 411289245 | | |

| | | | | | | **TAX DATA:** | Federal | OK State | OK State |
|---|---|---|---|---|---|---|---|---|---|
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | | Addl. | | | |
| | FLSA Status: | Exempt | | | | Amount: | | | |

| | HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular | | | 2,785.15 | 1,016.00 | 35,142.03 | Fed Withholdng | | 130.34 | 3,356.38 |
| Sales Incentive | | | 0.00 | | 8,939.00 | Fed MED/EE | | 37.78 | 654.10 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 | Fed OASDI/EE | | 161.55 | 2,796.85 |
| Non-Taxable Expense Reimbur | | | 0.00 | | 436.45 | OK Withholdng | | 57.00 | 1,124.00 |
| | | | | | | | | | |
| **TOTAL:** | | **0.00** | **2,785.15** | **1,120.00** | **48,094.50** | **TOTAL:** | | **386.67** | **7,931.33** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 1,429.72 | 401K Loan #1 | 451.61 | 6,322.54 | 401(K) Savings Plan | 83.55 | 1,429.72 |
| 401(K) Savings Plan | 473.48 | 8,101.90 | Accident Insurance | 7.45 | 104.30 | 401(K) Savings Plan | 41.78 | 714.90 |
| Dental Pre-Tax | 23.17 | 324.38 | Supplemental Spouse/DP AD&D | 0.23 | 3.22 | Employer Contribution HSA | 38.46 | 538.44 |
| Health Savings Account | 115.38 | 1,615.32 | SP/DP Supplemental Life | 28.73 | 402.22 | GTL Imputed Income* | 85.90 | 1,202.60 |
| Medical Pre-Tax | 134.31 | 1,880.34 | Critical Illness-Employee | 11.54 | 161.56 | | | |
| Premium Discount Reward | -17.71 | -212.52 | Critical Illness-Spouse | 8.05 | 112.70 | | | |
| Vision Pre-Tax | 10.19 | 142.66 | Legal | 6.23 | 87.22 | | | |
| | | | Supplemental EE AD&D | 1.53 | 21.42 | | | |
| | | | Supp Life After-Tax | 59.45 | 832.30 | | | |
| | | | Stock Purchase Period 2 | 139.26 | 139.26 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 140.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **822.37** | **13,281.80** | **CONTINUED NEXT PAGE** | | | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.67 | 1,546.45 | 852.03 |
| YTD | 48,094.50 | 35,578.85 | 7,931.33 | 25,791.63 | 14,371.54 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 120.62 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000050076759 | Checking | ******8874 | 852.03 |
| Dis Reserve: | 0.00 | | | | |
| Personal: | 0.00 | | | | |
| | | **TOTAL:** | | | **852.03** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 07/03/2022 | | Advice #: | 000000050278249 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 07/16/2022 | | Advice Date: | 07/22/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | Employer ID: | 411289245 | | |

| | | | | | **TAX DATA:** | **Federal** | **OK State** | **OK State** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | Addl. | | | |
| | FLSA Status: | Exempt | | | Amount: | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | | | TAXES | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | | 2,785.15 | 1,096.00 | | 37,927.18 | Fed Withholdng | 1,408.02 | 4,764.40 |
| Sales Incentive | | | 7,333.38 | | | 16,272.38 | Fed MED/EE | 144.12 | 798.22 |
| Non-Taxable Expense Reimbur | | | 242.80 | | | 679.25 | Fed OASDI/EE | 616.22 | 3,413.07 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | OK Withholdng | 335.00 | 1,459.00 |
| | | | | | | | | | |
| **TOTAL:** | | **0.00** | **10,361.33** | **1,200.00** | | **58,455.83** | **TOTAL:** | **2,503.36** | **10,434.69** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 303.56 | 1,733.28 | 401K Loan #1 | 451.61 | 6,774.15 | 401(K) Savings Plan | 303.56 | 1,733.28 |
| 401(K) Savings Plan | 1,720.15 | 9,822.05 | Accident Insurance | 7.45 | 111.75 | 401(K) Savings Plan | 151.78 | 866.68 |
| Dental Pre-Tax | 23.17 | 347.55 | Supplemental Spouse/DP AD&D | 0.23 | 3.45 | Employer Contribution HSA | 38.46 | 576.90 |
| Health Savings Account | 115.38 | 1,730.70 | SP/DP Supplemental Life | 28.73 | 430.95 | GTL Imputed Income* | 85.90 | 1,288.50 |
| Medical Pre-Tax | 134.31 | 2,014.65 | Critical Illness-Employee | 11.54 | 173.10 | | | |
| Premium Discount Reward | -17.71 | -230.23 | Critical Illness-Spouse | 8.05 | 120.75 | | | |
| Vision Pre-Tax | 10.19 | 152.85 | Legal | 6.23 | 93.45 | | | |
| | | | Supplemental EE AD&D | 1.53 | 22.95 | | | |
| | | | Supp Life After-Tax | 59.45 | 891.75 | | | |
| | | | Stock Purchase Period 2 | 139.26 | 278.52 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 150.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **2,289.05** | **15,570.85** | **CONTINUED NEXT PAGE** | | | **\*TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
| --- | --- | --- | --- | --- | --- |
| Current | 10,361.33 | 7,915.38 | 2,503.36 | 3,013.13 | 4,844.84 |
| YTD | 58,455.83 | 43,494.23 | 10,434.69 | 28,804.76 | 19,216.38 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Paid Time Off: | 129.23 | **Payment Type** | **Account Type** | **Account Number** | | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000050278249 | Checking | ******8874 | | 4,844.84 |
| Dis Reserve: | 0.00 | | | | | |
| Personal: | 0.00 | | | | | |
| | | **TOTAL:** | | | | **4,844.84** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | |
|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 07/17/2022 | | Advice #: | 000000050479646 | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 07/30/2022 | | Advice Date: | 08/05/2022 | |
| 9900 BREN ROAD EAST | | | | | | | |
| MINNETONKA, MN  55343 | | (800)561-0861 | | | Employer ID: | 411289245 | |

| | | | | | TAX DATA: | Federal | OK State | OK State |
|---|---|---|---|---|---|---|---|---|
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | Marital Status: | Married | Married | Married |
| EDMOND, OK  73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | Addl. | | | |
| | FLSA Status: | Exempt | | | Amount: | | | |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | **Current** | | **YTD** | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | 2,785.15 | 1,176.00 | 40,712.33 | | Fed Withholdng | 130.34 | 4,894.74 |
| Sales Incentive | | 0.00 | | 16,272.38 | | Fed MED/EE | 37.78 | 836.00 |
| Planned PTO/Exempt | | 0.00 | 104.00 | 3,577.02 | | Fed OASDI/EE | 161.56 | 3,574.63 |
| Non-Taxable Expense Reimbur | | 0.00 | | 679.25 | | OK Withholdng | 57.00 | 1,516.00 |
| **TOTAL:** | | **0.00** | **2,785.15** | **1,280.00** | **61,240.98** | **TOTAL:** | **386.68** | **10,821.37** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 1,816.83 | 401K Loan #1 | 451.61 | 7,225.76 | 401(K) Savings Plan | 83.55 | 1,816.83 |
| 401(K) Savings Plan | 473.48 | 10,295.53 | Accident Insurance | 7.45 | 119.20 | 401(K) Savings Plan | 41.78 | 908.46 |
| Dental Pre-Tax | 23.17 | 370.72 | Supplemental Spouse/DP AD&D | 0.23 | 3.68 | Employer Contribution HSA | 38.46 | 615.36 |
| Health Savings Account | 115.38 | 1,846.08 | SP/DP Supplemental Life | 28.73 | 459.68 | GTL Imputed Income* | 85.90 | 1,374.40 |
| Medical Pre-Tax | 134.31 | 2,148.96 | Critical Illness-Employee | 11.54 | 184.64 | | | |
| Premium Discount Reward | -17.71 | -247.94 | Critical Illness-Spouse | 8.05 | 128.80 | | | |
| Vision Pre-Tax | 10.19 | 163.04 | Legal | 6.23 | 99.68 | | | |
| | | | Supplemental EE AD&D | 1.53 | 24.48 | | | |
| | | | Supp Life After-Tax | 59.45 | 951.20 | | | |
| | | | Stock Purchase Period 2 | 139.26 | 417.78 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 160.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **822.37** | **16,393.22** | **CONTINUED NEXT PAGE** | | | **\*TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.68 | 1,546.45 | 852.02 |
| YTD | 61,240.98 | 45,542.91 | 10,821.37 | 30,351.21 | 20,068.40 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| | | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Paid Time Off: | 137.85 | Advice #000000050479646 | Checking | ******8874 | 500.00 |
| Purchased PTO: | 0.00 | | Checking | *****4797 | 352.02 |
| Sick: | 0.00 | | | | |
| Personal: | 0.00 | | | | |
| | | **TOTAL:** | | | **852.02** |

| United HealthCare Services Inc | | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | | |
|---|---|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | | Pay Begin Date: | 07/31/2022 | | Advice #: | 000000050682140 | | |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 08/13/2022 | | Advice Date: | 08/19/2022 | | |
| 9900 BREN ROAD EAST | | | | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | | Employer ID: | 411289245 | | |
| | | | | | TAX DATA: | Federal | OK State | OK State |
| JAMES STEVEN LANIER | Employee ID: | 000755669 | | | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | | | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | | | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | | | Addl. | | | |
| | FLSA Status: | Exempt | | | Amount: | | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | | Earnings | Description | Current | YTD |
| Regular | | | 2,785.15 | 1,256.00 | | 43,497.48 | Fed Withholdng | 1,408.02 | 6,302.76 |
| Sales Incentive | | | 7,333.38 | | | 23,605.76 | Fed MED/EE | 144.12 | 980.12 |
| Non-Taxable Expense Reimbur | | | 15.63 | | | 694.88 | Fed OASDI/EE | 616.22 | 4,190.85 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | | 3,577.02 | OK Withholdng | 335.00 | 1,851.00 |
| | | | | | | | | | |
| TOTAL: | | 0.00 | 10,134.16 | 1,360.00 | | 71,375.14 | TOTAL: | 2,503.36 | 13,324.73 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(K) Savings Plan | 303.56 | 2,120.39 | 401K Loan #1 | 451.61 | 7,677.37 | 401(K) Savings Plan | 303.56 | 2,120.39 |
| 401(K) Savings Plan | 1,720.15 | 12,015.68 | Accident Insurance | 7.45 | 126.65 | 401(K) Savings Plan | 151.78 | 1,060.24 |
| Dental Pre-Tax | 23.17 | 393.89 | Supplemental Spouse/DP AD&D | 0.23 | 3.91 | Employer Contribution HSA | 38.46 | 653.82 |
| Health Savings Account | 115.38 | 1,961.46 | SP/DP Supplemental Life | 28.73 | 488.41 | GTL Imputed Income* | 85.90 | 1,460.30 |
| Medical Pre-Tax | 134.31 | 2,283.27 | Critical Illness-Employee | 11.54 | 196.18 | | | |
| Premium Discount Reward | -17.71 | -265.65 | Critical Illness-Spouse | 8.05 | 136.85 | | | |
| Vision Pre-Tax | 10.19 | 173.23 | Legal | 6.23 | 105.91 | | | |
| | | | Supplemental EE AD&D | 1.53 | 26.01 | | | |
| | | | Supp Life After-Tax | 59.45 | 1,010.65 | | | |
| | | | Stock Purchase Period 2 | 139.26 | 557.04 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 170.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| TOTAL: | 2,289.05 | 18,682.27 | CONTINUED NEXT PAGE | | | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | | TOTAL TAXES | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|
| Current | 10,134.16 | 7,915.38 | | 2,503.36 | 3,013.13 | | 4,617.67 |
| YTD | 71,375.14 | 53,458.29 | | 13,324.73 | 33,364.34 | | 24,686.07 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|
| Paid Time Off: | 146.46 | Payment Type | Account Type | Account Number | | Amount |
| Purchased PTO: | 0.00 | Advice #000000050682140 | Checking | ******8874 | | 500.00 |
| Sick: | 0.00 | | Checking | *****4797 | | 4,117.67 |
| Personal: | 0.00 | | | | | |
| | | TOTAL: | | | | 4,617.67 |

**United HealthCare Services Inc**
OPERATING AS: UNITEDHEALTHCARE
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

| | |
|---|---|
| Pay Group: | U10-Bi-Weekly Payroll |
| Pay Begin Date: | 08/14/2022 |
| Pay End Date: | 08/27/2022 |
| (800)561-0861 | |

| | |
|---|---|
| Business Unit: | UHGID |
| Advice #: | 000000050885053 |
| Advice Date: | 09/02/2022 |
| Employer ID: | 411289245 |

**JAMES STEVEN LANIER**
2009 POWDERHORN
EDMOND, OK 73034

| | |
|---|---|
| Employee ID: | 000755669 |
| Department: | 77525-E&I Texas |
| Location: | OKLAHOMA CITY-755 RESEARCH PKW |
| Job Title: | KA Acct Exec Opt-Out Mkt |
| Pay Rate: | $72,414.00 Annual |
| FLSA Status: | Exempt |

| TAX DATA: | Federal | OK State Resident | OK State Work |
|---|---|---|---|
| Marital Status: | Married | Married | Married |
| Allowances: | 2 | 2 | 2 |
| % Gross AZ: | | | |
| Addl. | | | |
| Amount: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,785.15 | 1,336.00 | 46,282.63 |
| Sales Incentive | | | 0.00 | | 23,605.76 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 |
| Non-Taxable Expense Reimbur | | | 0.00 | | 694.88 |
| **TOTAL:** | | **0.00** | **2,785.15** | **1,440.00** | **74,160.29** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 130.34 | 6,433.10 |
| Fed MED/EE | 37.78 | 1,017.90 |
| Fed OASDI/EE | 161.55 | 4,352.40 |
| OK Withholdng | 57.00 | 1,908.00 |
| **TOTAL:** | **386.67** | **13,711.40** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 83.55 | 2,203.94 |
| 401(K) Savings Plan | 473.48 | 12,489.16 |
| Dental Pre-Tax | 23.17 | 417.06 |
| Health Savings Account | 115.38 | 2,076.84 |
| Medical Pre-Tax | 134.31 | 2,417.58 |
| Premium Discount Reward | -17.71 | -283.36 |
| Vision Pre-Tax | 10.19 | 183.42 |
| **TOTAL:** | **822.37** | **19,504.64** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan #1 | 451.61 | 8,128.98 |
| Accident Insurance | 7.45 | 134.10 |
| Supplemental Spouse/DP AD&D | 0.23 | 4.14 |
| SP/DP Supplemental Life | 28.73 | 517.14 |
| Critical Illness-Employee | 11.54 | 207.72 |
| Critical Illness-Spouse | 8.05 | 144.90 |
| Legal | 6.23 | 112.14 |
| Supplemental EE AD&D | 1.53 | 27.54 |
| Supp Life After-Tax | 59.45 | 1,070.10 |
| Stock Purchase Period 2 | 139.26 | 696.30 |
| Recurring Empl Giving Pldg | 10.00 | 180.00 |
| Mand Deduc-Writ (Total) | 0.00 | 2,213.28 |
| Mand Deduc-Writ (Total) | 0.00 | 173.08 |
| **CONTINUED NEXT PAGE** | | |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 83.55 | 2,203.94 |
| 401(K) Savings Plan | 41.78 | 1,102.02 |
| Employer Contribution HSA | 38.46 | 692.28 |
| GTL Imputed Income* | 85.90 | 1,546.20 |
| | | *TAXABLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.68 | 386.67 | 1,546.45 | 852.03 |
| YTD | 74,160.29 | 55,506.97 | 13,711.40 | 34,910.79 | 25,538.10 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 155.08 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000050885053 | Checking | ******8874 | 500.00 |
| | Checking | *****4797 | 352.03 |
| **TOTAL:** | | | **852.03** |

| **United HealthCare Services Inc** | Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID | |
|---|---|---|---|---|---|---|
| OPERATING AS: UNITEDHEALTHCARE | Pay Begin Date: | 08/14/2022 | | Advice #: | **000000050885053** | |
| ATTN--OPERATIONS, MN008-B213 | Pay End Date: | 08/27/2022 | | Advice Date: | 09/02/2022 | |
| 9900 BREN ROAD EAST | | | | | | |
| MINNETONKA, MN 55343 | (800)561-0861 | | | Employer ID: | | |

| | | | **TAX DATA:** | **Federal** | **OK State** | **State** |
|---|---|---|---|---|---|---|
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | | | | |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | Marital Status: | Married | Married | |
| | Job Title: | KA Acct Exec Opt-Out Mkt | Allowances: | 2 | 2 | |
| | Pay Rate: | $72,414.00 Annual | % Gross AZ: | | | |
| | FLSA Status: | | Addl. Amount: | | | |

| **HOURS AND EARNINGS** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | | ---------- Current --------------- | | --------- YTD ------------- | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| | | | | | | | | |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Stock Purchase Period 1 | 0.00 | 1,796.73 | | | |
| | | | **TOTAL:** | **724.08** | **15,406.15** | | | |

**United HealthCare Services Inc**
OPERATING AS: UNITEDHEALTHCARE
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN  55343

| | | |
|---|---|---|
| Pay Group: | U10-Bi-Weekly Payroll | |
| Pay Begin Date: | 08/28/2022 | |
| Pay End Date: | 09/10/2022 | |
| (800)561-0861 | | |

| | |
|---|---|
| Business Unit: | UHGID |
| Advice #: | **000000051088791** |
| Advice Date: | 09/16/2022 |
| Employer ID: | 411289245 |

| TAX DATA: | Federal | OK State | OK State |
|---|---|---|---|
| | | Resident | Work |
| Marital Status: | Married | Married | Married |
| Allowances: | 2 | 2 | 2 |
| % Gross AZ: | | | |
| Addl. | | | |
| Amount: | | | |

**JAMES STEVEN LANIER**
2009 POWDERHORN
EDMOND, OK  73034

| | |
|---|---|
| Employee ID: | 000755669 |
| Department: | 77525-E&I Texas |
| Location: | OKLAHOMA CITY-755 RESEARCH PKW |
| Job Title: | KA Acct Exec Opt-Out Mkt |
| Pay Rate: | $72,414.00 Annual |
| FLSA Status: | Exempt |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,785.15 | 1,416.00 | 49,067.78 |
| Sales Incentive | | | 7,333.38 | | 30,939.14 |
| Non-Taxable Expense Reimbur | | | 171.23 | | 866.11 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 |
| **TOTAL:** | | **0.00** | **10,289.76** | **1,520.00** | **84,450.05** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,408.02 | 7,841.12 |
| Fed MED/EE | 144.12 | 1,162.02 |
| Fed OASDI/EE | 616.23 | 4,968.63 |
| OK Withholdng | 335.00 | 2,243.00 |
| **TOTAL:** | **2,503.37** | **16,214.77** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 303.56 | 2,507.50 |
| 401(K) Savings Plan | 1,720.15 | 14,209.31 |
| Dental Pre-Tax | 23.17 | 440.23 |
| Health Savings Account | 115.39 | 2,192.23 |
| Medical Pre-Tax | 134.31 | 2,551.89 |
| Premium Discount Reward | -17.71 | -301.07 |
| Vision Pre-Tax | 10.19 | 193.61 |
| **TOTAL:** | **2,289.06** | **21,793.70** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan #1 | 451.61 | 8,580.59 |
| Accident Insurance | 7.45 | 141.55 |
| Supplemental Spouse/DP AD&D | 0.23 | 4.37 |
| SP/DP Supplemental Life | 28.73 | 545.87 |
| Critical Illness-Employee | 11.54 | 219.26 |
| Critical Illness-Spouse | 8.05 | 152.95 |
| Legal | 6.23 | 118.37 |
| Supplemental EE AD&D | 1.53 | 29.07 |
| Supp Life After-Tax | 59.45 | 1,129.55 |
| Stock Purchase Period 2 | 139.26 | 835.56 |
| Recurring Empl Giving Pldg | 10.00 | 190.00 |
| Mand Deduc-Writ (Total) | 0.00 | 2,213.28 |
| Mand Deduc-Writ (Total) | 0.00 | 173.08 |
| **CONTINUED NEXT PAGE** | | |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 303.56 | 2,507.50 |
| 401(K) Savings Plan | 151.78 | 1,253.80 |
| Employer Contribution HSA | 38.46 | 730.74 |
| GTL Imputed Income* | 85.90 | 1,632.10 |
| | | |
| | | *TAXABLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 10,289.76 | 7,915.37 | 2,503.37 | 3,013.14 | 4,773.25 |
| YTD | 84,450.05 | 63,422.34 | 16,214.77 | 37,923.93 | 30,311.35 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 163.69 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000051088791 | Checking | ******8874 | 500.00 |
| | Checking | *****4797 | 4,273.25 |
| **TOTAL:** | | | **4,773.25** |

**United HealthCare Services Inc**
OPERATING AS: UNITEDHEALTHCARE
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

Pay Group:        U10-Bi-Weekly Payroll
Pay Begin Date:   08/28/2022
Pay End Date:     09/10/2022

(800)561-0861

Business Unit:    UHGID
Advice #:         000000051088791
Advice Date:      09/16/2022

Employer ID:

| TAX DATA: | Federal | OK State | State |
|---|---|---|---|
| | | Resident | Work |
| Marital Status: | Married | Married | |
| Allowances: | 2 | 2 | |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

**JAMES STEVEN LANIER**
2009 POWDERHORN
EDMOND, OK 73034

Employee ID:      000755669
Department:       77525-E&I Texas
Location:         OKLAHOMA CITY-755 RESEARCH PKW
Job Title:        KA Acct Exec Opt-Out Mkt
Pay Rate:         $72,414.00 Annual
FLSA Status:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| | | | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Stock Purchase Period 1 | 0.00 | 1,796.73 | | | |
| | | | **TOTAL:** | **724.08** | **16,130.23** | | | |

**United HealthCare Services Inc**
OPERATING AS: UNITEDHEALTHCARE
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

| Pay Group: | U10-Bi-Weekly Payroll | | Business Unit: | UHGID |
|---|---|---|---|---|
| Pay Begin Date: | 09/11/2022 | | Advice #: | **000000051293869** |
| Pay End Date: | 09/24/2022 | | Advice Date: | 09/30/2022 |
| (800)561-0861 | | | Employer ID: | 411289245 |

| | | | TAX DATA: | Federal | OK State | OK State |
|---|---|---|---|---|---|---|
| **JAMES STEVEN LANIER** | Employee ID: | 000755669 | | | Resident | Work |
| 2009 POWDERHORN | Department: | 77525-E&I Texas | Marital Status: | Married | Married | Married |
| EDMOND, OK 73034 | Location: | OKLAHOMA CITY-755 RESEARCH PKW | Allowances: | 2 | 2 | 2 |
| | Job Title: | KA Acct Exec Opt-Out Mkt | % Gross AZ: | | | |
| | Pay Rate: | $72,414.00 Annual | Addl. | | | |
| | FLSA Status: | Exempt | Amount: | | | |

### HOURS AND EARNINGS

| | | ---------- Current ---------- | | ---------- YTD ---------- | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | | 2,785.15 | 1,496.00 | 51,852.93 | Fed Withholdng | 130.34 | 7,971.46 |
| Sales Incentive | | | 0.00 | | 30,939.14 | Fed MED/EE | 37.78 | 1,199.80 |
| Planned PTO/Exempt | | | 0.00 | 104.00 | 3,577.02 | Fed OASDI/EE | 161.55 | 5,130.18 |
| Non-Taxable Expense Reimbur | | | 0.00 | | 866.11 | OK Withholdng | 57.00 | 2,300.00 |
| **TOTAL:** | | **0.00** | **2,785.15** | **1,600.00** | **87,235.20** | **TOTAL:** | **386.67** | **16,601.44** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 83.55 | 2,591.05 | 401K Loan #1 | 451.61 | 9,032.20 | 401(K) Savings Plan | 83.55 | 2,591.05 |
| 401(K) Savings Plan | 473.48 | 14,682.79 | Accident Insurance | 7.45 | 149.00 | 401(K) Savings Plan | 41.78 | 1,295.58 |
| Dental Pre-Tax | 23.17 | 463.40 | Supplemental Spouse/DP AD&D | 0.23 | 4.60 | Employer Contribution HSA | 38.46 | 769.20 |
| Health Savings Account | 115.39 | 2,307.62 | SP/DP Supplemental Life | 28.73 | 574.60 | GTL Imputed Income* | 85.90 | 1,718.00 |
| Medical Pre-Tax | 134.31 | 2,686.20 | Critical Illness-Employee | 11.54 | 230.80 | | | |
| Premium Discount Reward | -17.70 | -318.77 | Critical Illness-Spouse | 8.05 | 161.00 | | | |
| Vision Pre-Tax | 10.19 | 203.80 | Legal | 6.23 | 124.60 | | | |
| | | | Supplemental EE AD&D | 1.53 | 30.60 | | | |
| | | | Supp Life After-Tax | 59.45 | 1,189.00 | | | |
| | | | Stock Purchase Period 2 | 139.26 | 974.82 | | | |
| | | | Recurring Empl Giving Pldg | 10.00 | 200.00 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 2,213.28 | | | |
| | | | Mand Deduc-Writ (Total) | 0.00 | 173.08 | | | |
| **TOTAL:** | **822.39** | **22,616.09** | **CONTINUED NEXT PAGE** | | | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,785.15 | 2,048.66 | 386.67 | 1,546.47 | 852.01 |
| YTD | 87,235.20 | 65,471.00 | 16,601.44 | 39,470.40 | 31,163.36 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 172.31 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000051293869 | Checking | ******8874 | 500.00 |
| Sick: | 0.00 | | Checking | *****4797 | 352.01 |
| Personal: | 0.00 | | | | |
| | | **TOTAL:** | | | **852.01** |

**United HealthCare Services Inc**
OPERATING AS: UNITEDHEALTHCARE
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

| Pay Group: | U10-Bi-Weekly Payroll |
|---|---|
| Pay Begin Date: | 09/11/2022 |
| Pay End Date: | 09/24/2022 |
| (800)561-0861 | |

| Business Unit: | UHGID |
|---|---|
| Advice #: | **000000051293869** |
| Advice Date: | 09/30/2022 |
| Employer ID: | |

| TAX DATA: | Federal | OK State | State |
|---|---|---|---|
| | | Resident | Work |
| Marital Status: | Married | Married | |
| Allowances: | 2 | 2 | |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

**JAMES STEVEN LANIER**
2009 POWDERHORN
EDMOND, OK 73034

| Employee ID: | 000755669 |
|---|---|
| Department: | 77525-E&I Texas |
| Location: | OKLAHOMA CITY-755 RESEARCH PKW |
| Job Title: | KA Acct Exec Opt-Out Mkt |
| Pay Rate: | $72,414.00 Annual |
| FLSA Status: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| | | | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| | | |

| BEFORE-TAX DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| | | |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| Stock Purchase Period 1 | 0.00 | 1,796.73 |
| TOTAL: | 724.08 | 16,854.31 |

| EMPLOYER PAID BENEFITS | | |
|---|---|---|
| Description | Current | YTD |
| | | |