**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:  Teresa A Lanier and James S Lanier | CASE NO.:  22-12382 |
| | CHAPTER 13 |
| Debtors | |

**ENTRY OF APPEARANCE & REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance on behalf of NATIONSTAR MORTGAGE, LLC, a secured creditor and party in interest in the captioned proceedings.

The undersigned hereby requests that all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

Marinosci Law Group, P.C.
4334 Northwest Expressway, Suite 265
Oklahoma City, OK 73116
Phone 405-252-9500
Fax 405-242-4395
MLGBK@ecf.courtdrive.com

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

By: /s/ Keith A. Daniels
Keith A. Daniels, OBA# 19788
Marinosci Law Group, P.C.
4334 Northwest Expressway, Suite 265
Oklahoma City, OK 73116
Phone: 405-252-9500
Fax: 405-242-4395
Email:  kdaniels@mlg-defaultlaw.com
          MLGBK@ecf.courtdrive.com
*Attorney for NATIONSTAR MORTGAGE, LLC*

22-06399-NOA