UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

**Case No.: 22−12382**
**Chapter: 13**

**FILED**
Dec. 1, 2022
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address)*:

Teresa A Lanier
aka Teresa Ann Lanier
aka Teresa Lanier
2009 Powderhorn
Edmond, OK 73034

James S Lanier
aka Steven Lanier
aka James Steven Lanier
aka James Lanier
2009 Powderhorn
Edmond, OK 73034

Social Security No.:
xxx−xx−7405                                    xxx−xx−8955

Employer's Tax I.D. No.:

---

# NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

Chapter 13 Plan filed:  October 14, 2022

  Documents have been filed with the Court seeking to Confirm the Chapter 13 Plan. A confirmation hearing will be held pursuant to 11 U.S.C 1324 on **January 10, 2023** at **09:30  AM**  in the  **Telephonically**

  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

  A proposed chapter 13 plan has been filed in the above captioned case and a copy has been mailed to you. The Court will consider confirmation of this plan during this scheduled hearing.

  If you do not want the Court to confirm the Plan, or if you want the Court to consider your views on the plan, then you must file a written response to confirmation of the plan explaining your position. The response must be filed with the Court Clerk and served no later than twenty (20) days after the conclusion of the Section 341 meeting of creditors, or a later date as set by the Court.

  Failure to properly file and serve a written objection or to raise the properly filed and served written objections during the confirmation hearing may result in the striking of your response and in confirmation of the proposed plan without further notice to you.

Dated: **December 1, 2022**                                                          FOR THE COURT
                                                                                     **Douglas E. Wedge**
                                                                                     Court Clerk

U.S. Bankruptcy Court
Western District of Oklahoma                                                         By: s/ Dominique McGee
215 Dean A. McGee Avenue                                                             Deputy Clerk
Oklahoma City, OK 73102