Certificate Number: 15317-OKW-DE-036926146

Bankruptcy Case Number: 22-12382



15317-OKW-DE-036926146

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2022, at 4:20 o'clock PM PDT, James S Lanier completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date:  October 24, 2022            By:   /s/Janice Morla

                                   Name: Janice Morla

                                   Title: Counselor

Certificate Number: 15317-OKW-DE-036926144

Bankruptcy Case Number: 22-12382



15317-OKW-DE-036926144

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2022, at 4:20 o'clock PM PDT, Teresa A Lanier completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date:  October 24, 2022           By:   /s/Janice Morla

                                  Name: Janice Morla

                                  Title: Counselor